Search artists, albums and more...     Explore   Marketplace    Community    Log In   Register

## Atomik Climbing Holds
atomikclimbingholds.com
Climbing Holds. Cheap. Made in USA. Lifetime Warranty & Awesome Service



### Darkside NYC – Suffer In Silence!

| | |
|---|---|
| Label: | Astor Records – AR 99001 |
| Format: | Vinyl, 7", EP, 33 ⅓ RPM |
| Country: | US |
| Released: | 1993 |
| Genre: | Rock |
| Style: | Hardcore, Death Metal |

More Images

**Release**  [r2411417]
Edit Release
All Versions of this Release

Data Correct

+ Add to Collection     + Add to Wantlist

### Tracklist

| | | |
|---|---|---|
| A1 | Clawing And Tearing | 2:40 |
| A2 | Impending Extinction | 3:06 |
| B1 | Forgiven Not Forgotten | 3:21 |
| B2 | Slipping Away | 1:52 |

**Marketplace**     **1 For Sale** from **$32.89**

Buy Vinyl    Sell Vinyl



### Credits

Bass – Jeff Morlos
Drums – Joe Branciforte
Engineer – Vin Cin
Guitar – Alan Blake
Producer – Darkside NYC
Vocals – Rich O'Brien

### Notes

Recorded and mixed on 8 tracks at Electric Plant Studios, Brooklyn, NY, July 1992.

### Other Versions (1 of 1)    View All

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Suffer In Silence! (7", Whi) | Astor Records | AR 9900 1 | US | 1993 |

☆☆☆☆☆     ⮕ Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 27 | Last Sold: | about 1 month ago |
| Want: | 21 | Lowest: | $5.50 |
| Avg Rating: | 4.6 / 5 | Median: | $20.28 |
| Ratings: | 5 | Highest: | $35.17 |

**Videos**    Edit
Add a Video

**Lists**
Add to List

**Contributors**
kangnave, oyabun666

### Recommendations


**Burn**
Burn (2)


**Born Against**
Born Against


**Primitive**
Boston Strangler

### Reviews

Add Review




Safari Power Saver
Click to Start Flash Plug-in

| Discogs | Help Is Here | Join In | Follow Us |
|---|---|---|---|
| About | Help | Get Started | Facebook |
| Blog | Forum | Sign Up | Twitter |
| Jobs | Contact | Contribute | Mixcloud |
| API | Keyboard Shortcuts | Add Release | Instagram |
| Projects | | Contributor List | |
| | | Help Translate | |

© 2014 Discogs™   Terms of Service   Privacy Policy   English