

darkside

buy white tshirt
buy black tshirt
buy psychic live dvd - 2015
buy psychic lp - 2013
buy psychic cd - 2013

liberty bell - 2020 (matador)
psychic live july 17 - 2014 (other people)
psychic - 2013 (other people / matador)
live in brooklyn - 2013 (boiler room)
random access memories memories - 2013 (self released)

bandcamp
soundcloud
facebook
twitter
youtube
instagram
other people
matador records