Google

darkside live performance

All   Videos   Images   News   More   Settings   Tools

About 1,310,000 results (0.61 seconds)



Alan Walker - Darkside (Live at VG-Lista 2018) - YouTube
YouTube · Alan Walker

www.youtube.com › watch

### Alan Walker - Darkside (feat. Torine) (Live Performance ...

3:16

Alan Walker - **Darkside** (feat. Torine) (**Live Performance**). 8,578,591 views8.5M views. • ...
Dec 20, 2019 · Uploaded by Walker ID

www.youtube.com › watch

### Alan Walker - Darkside (Live Performance at YouTube Space ...

3:50

Alan Walker - **Darkside** (**Live Performance** at YouTube Space Berlin with Au/Ra & Tomine Harket). 4,399 ...
Aug 27, 2018 · Uploaded by Alan Walker

www.youtube.com › watch

### DARKSIDE - Full Performance (Live on KEXP) - YouTube

26:42

http://KEXP.ORG presents **DARKSIDE** performing **live** in the KEXP studio. Recorded November 18, 2013 ...
Dec 4, 2013 · Uploaded by KEXP

www.youtube.com › watch

### Darkside - Alan Walker feat. Romy Wave LIVE - YouTube

3:52

Romy Wave **LIVE** ... Pro X Video editing : Final Cut Pro Original Song : **Darkside** by Alan Walker feat ...
Dec 9, 2018 · Uploaded by Romy Wave

www.youtube.com › watch

### Alan Walker: Darkside Live performance at (Vglista 2018 ...

4:13

Alan Walker: **Darkside Live performance** at (Vglista 2018). 132 views132 views. • Aug 22, 2018.
Aug 23, 2018 · Uploaded by WORLD OF WALKER (Exclusive)

www.magneticmag.com › Music

### Darkside Release Live Album For One Of Final Shows Together

Nov 6, 2020 — Dave Harrington & Nicolas Jaar have released a **live** album from 2014, capturing one of their final **shows** together.

boilerroom.tv › recording › darkside

**DARKSIDE - BOILER ROOM**

Nicolas Jaar and Dave Harrington as **DARKSIDE** giving us an amazing **performance** from an intimate ...

Nov 13, 2013 · Uploaded by Boiler Room

www.pinterest.com › pin 

**Alan Walker - Darkside (feat. Torine) (Live Performance ...**

Torine) (**Live Performance**). Alan Walker - **Darkside** (feat. Torine) (**Live Performance**) - YouTube.

www.billboard.com › articles › news › dance › darkside-r...

**Darkside Release 2014 Live Show Recording | Billboard**

Released across streaming platforms this morning via Jaar's Other People label, **Darkside** has ...

Jul 17, 2014 · Uploaded by OTHERPEOPLE

## Related searches

Top 10 Alan Walker Songs



Sing Me to Sleep | Darkside | On My Way | Faded (Restrung) | All Falls Down

See more

Alan Walker songs

Darkside music

Feedback



| **lily** live performance | **darkside singer name** |
| **dark side lyrics** | **alan walker -** darkside **mp4 download** |
| **ignite (live** performance **download)** | darkside **video download** |
| darkside **gacha life** | **seungri ignite** live |

1  2  3  4  5  6  7  8  9  10   Next

France  |  **97150, St Martin** - Based on your past activity - Use precise location - Learn more

Help   Send feedback   Privacy   Terms   Consumer Information



en.wikipedia.org › wiki › Darkside_(band)
### Darkside (band) - Wikipedia
**Darkside** (often stylized as **DARKSIDE**) is the collaboration of electronic musician Nicolas Jaar ... **Darkside** released their first **music** video in May 2012 for "A1", which was directed by Ryan Staake of Pomp&Clout and Clown & Sunset ...

**Genres:** Electronica, experimental, downtem…  **Labels:** Clown & Sunset, Other People, Ma…
**Members:** Nicolas Jaar; Dave Harrington   **Origin:** New York City, New York, U.S

Dave Harrington · Psychic (album) · Nicolas Jaar



fr.wikipedia.org › wiki › Darkside_(... · Translate this page
### Darkside (groupe de musique) — Wikipédia
**Darkside** (souvent noté en majuscules **DARKSIDE**) est un groupe de musique électronique ... Leur succès a commencé lors de leur concert en décembre 2011 au **Music** Hall of Williamsburg où ils ont étiré leur E.P. trois titres en un long set ...



Google     darkside music

What is a dark side of a person?

Feedback

www.youtube.com › watch
**Darkside FULL SET - Pitchfork Music Festival Paris - YouTube**
48:56   **Darkside** perform at Pitchfork **Music** Festival Paris at Grande Halle De La Villette.------SUBSCRIBE to ...
Dec 18, 2013 · Uploaded by Pitchfork

pitchfork.com › news › darkside-announce-new-album...
**Darkside Announce New Album Spiral, Share New Song ...**
Dec 21, 2020 — **Darkside** Announce New Album Spiral, Share New **Song** "Liberty Bell": Listen. Nicolás Jaar and Dave Harrington's follow-up to 2013's Psychic ...
You visited this page on 1/18/21.

pitchfork.com › artists › 30070-darkside
**Darkside - Albums, Songs, and News | Pitchfork**
A gallery of our favorite portraits and live shots from across the year, spotlighting artists including Kendrick Lamar, Grimes, **Darkside**, Mac DeMarco, Giorgio ...

twitter.com › darksideusa
**DARKSIDE (@DarksideUSA) | Twitter**
In 2018 we met for the first time in five years to make new **music**. In December 2019, we finished our new album, Spiral. It was mixed by Rashad Becker, ...

open.spotify.com › artist
**DARKSIDE on Spotify**
**DARKSIDE**, Category: Artist, Albums: PSYCHIC LIVE JULY 17 2014, Psychic, ... New **Music** Friday AU & NZ ... Listen to **DARKSIDE** in full in the Spotify app.

**Images for darkside music**

classical music    liberty bell    alan walker    kelly clarkson    piano



Report images

View all

**Related searches**

Alan Walker All songs



The Spectre    Sing Me to Sleep    Faded    Alone    On My Way    Faded (Restrung)

See more



darkside music

Feedback

| | |
|---|---|
| darkside music **band** | darkside **marvel** |
| darkside **band** | darkside **album** |
| **dark side lyrics** | **alan walker** |
| darkside **gacha life** | darkside **nicolas jaar** |

1  2  3  4  5  6  7  8  9  10    Next

France | 97150, St Martin - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms    Consumer Information






Google

darkside rock music

Q All    ▶ Videos    🖼 Images    📰 News    ⋮ More    Settings  Tools

About 5,970,000 results (0.63 seconds)

▶ Videos

**Alan Walker - Darkside (Emotional Rock Cover) | Electric Rock ...**
YouTube · JensJulius Tejlgaard
Aug 26, 2018
3:10

**Nightcore - Darkside || Alan Walker (Rock Version)**
YouTube · enabledTime
Aug 7, 2018
3:04

**Muse - The Dark Side | One Girl Band Rock Cover**
YouTube · Lau' Music
Sep 1, 2018
3:43

→ View all

en.wikipedia.org › wiki › Darkside_(band) ▾
**Darkside (band) - Wikipedia**
**Darkside** (often stylized as **DARKSIDE**) is the collaboration of electronic musician Nicolas Jaar ... influenced than his previous work, stating in an interview with i-D magazine that **Darkside** is "the closest thing to **rock** & roll I've ever done.
**Genres:** Electronica, experimental, downtem…    **Labels:** Clown & Sunset, Other People, Ma…
**Members:** Nicolas Jaar; Dave Harrington    **Origin:** New York City, New York, U.S
History · Darkside EP · Psychic · Discography

fr.wikipedia.org › wiki › Darkside_(... ▾  ▾ Translate this page
**Darkside (groupe de musique) — Wikipédia**
**Darkside** (souvent noté en majuscules **DARKSIDE**) est un groupe de musique électronique ... Leur succès a commencé lors de leur concert en décembre 2011 au **Music** Hall of Williamsburg où ils ont étiré leur E.P. trois titres en un long ... Ça partait dans une direction **rock** que je n'avais jamais imaginée pour ma musique.

pitchfork.com › artists › 30070-darkside
**Darkside - Albums, Songs, and News | Pitchfork**
Includes portraits of Grimes, Deafheaven, Caribou, Blood Orange, and more by Erez Avissar and Ebru Yildiz. by: Ian Cohen. August 25 2014. **Rock** · Pop/R&B.

matadorrecords.com › darkside ▾
**Darkside - Matador Records**
**DARKSIDE** aren't dancefloor producers taking a stab at **rock music**; nor are they a **rock band** paying homage to their new favorite techno 12-inches. They're deep listeners and creators of both who see little need for distinction between their favorite sounds.

www.scaruffi.com › vol6 › darkside ▾  ▾ Translate this page
**The History of Rock Music. Darkside: biography, discography ...**
Scroll down for recent reviews in English. I **Darkside** sono il complesso formato dal bassista Pete "Bassman" Bain, ex Spacemen 3, e dal chitarrista Kevin Cowen. Il ...

my.unitex.fr › darkside-psychic-bandcamp ▾
**Darkside psychic bandcamp - My unitex**
**darkside** psychic bandcamp Heroes EP out now on bandcamp Listen to the ... Night Jar Mathis Hunter is a true **rock** 'n' roll journeyman — an Atlanta **music** ...



darkside rock music

Né en 2011, **Darkside** réunit le talentueux producteur, Nicolas Jaar, et le ... atmosphériques et électronique expérimentale pour créer une dance **music** au ralenti ...

🖼 Images for darkside rock music

pink floyd   darkside dub   myths legends   cookbook   spoon   alan walker   ⌄

Report images

→ View all

### Related searches

| | |
|---|---|
| darkside **album** | darkside music **band** |
| darkside **psychic** | darkside **electronic** music |
| darkside **band members** | **nicolas jaar** |
| **dave harrington** | **dark side group** |

1  2  3  4  5  6  7  8  9  10   Next

France  |  97150, St Martin - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms    Consumer Information



darkside rock band    ✕   🎤   🔍

Q All    🖼 Images    ▶ Videos    📰 News    ⋮ More        Settings   Tools

About 13,700,000 results (0.57 seconds)

en.wikipedia.org › wiki › The_Darkside ▼
### The Darkside - Wikipedia
The **Darkside** (or **Darkside**) were an indie **rock band** formed in 1989 by former members of Spacemen 3. After releasing two studio albums they split up in 1993.

**Past members:** Pete Bain; Sterling Roswell; …     **Labels:** Situation Two

History · Discography

en.wikipedia.org › wiki › Darkside_(band) ▼
### Darkside (band) - Wikipedia
**Darkside** (often stylized as **DARKSIDE**) is the collaboration of electronic musician Nicolas Jaar ... influenced than his previous work, stating in an interview with i-D magazine that **Darkside** is "the closest thing to **rock** & roll I've ever done.

**Genres:** Electronica, experimental, downtem…     **Labels:** Clown & Sunset, Other People, Ma…
**Members:** Nicolas Jaar; Dave Harrington     **Origin:** New York City, New York, U.S

History · Formation · Darkside EP · Psychic

www.season-of-mist.com › bands › darkside ▼
### Darkside (news, biography, albums, line-up, tour dates ...
**DARKSIDE** goes back to 1991 when the **band**, initially a project, was formed by Peter ... Shadowfields (1997) got 8,5 out of 10 in **Rock** Hard and 89 out of 100 in ...

www.youtube.com › watch
### Muse - The Dark Side | One Girl Band Rock Cover - YouTube
    Muse - The **Dark** Side | One Girl **Band Rock** Cover. 62,332 views62K
3:43   views. • Sep 1, 2018. 3.2K 102. Share ...
    Sep 1, 2018 · Uploaded by Lau' Music

www.youtube.com › playlist ▼
### DarkSide Rock Band - YouTube
Our job, enjoy the **DarkSide**.

www.scaruffi.com › vol6 › darkside ▼   Translate this page
### The History of Rock Music. Darkside: biography, discography ...
Scroll down for recent reviews in English. I **Darkside** sono il complesso formato dal bassista Pete "Bassman" Bain, ex Spacemen 3, e dal chitarrista Kevin Cowen. Il ...

pitchfork.com › artists › 30070-darkside
### Darkside - Albums, Songs, and News | Pitchfork
**Darkside** Articles and Media. ... Pop/R&B · **Rock**; +4 more. Image may contain: Sphere, ... 5 Great Pitchfork **Music** Festival Paris Sets You Can Watch Right Now.

www.amazon.fr › Amplified-Floyd-... · Translate this page
### Amplified Pink Floyd Darkside Pyramid Rock Band T-shirt pour ...
Achetez Amplified Pink Floyd **Darkside** Pyramid **Rock Band** T-shirt pour homme (Gris) ✓ livraison gratuite ✓ retours gratuits selon éligibilité (voir cond.).

www.quora.com › Is-Dark-Side-of-the-Moon-progressive...
### Is "Dark Side of the Moon" progressive rock? - Quora
The first psych **rock band** was bands like 13th Floor Elevator, Jimi Hendrix Experience, Jefferson Airplane, Byrds etc. Beatles played a significant role in this case.

**Release type:** Album



[Search box: darkside rock band]

linkaband.com › dark-side ▾ Translate this page

### Dark Side - Groupe de Musique : Rock | Linkaband ©

Jul 19, 2019 — Composé en 2016 par 6 musiciens de Bordeaux, le groupe de **rock Dark Side** vous plonge dans l'univers des Pink Floyd de **Dark Side** On The ...
€790.00

## Related searches

| | |
|---|---|
| **dave harrington** | darkside **psychic** |
| darkside band **members** | darkside **music** band |
| **nicolas jaar** | darkside **album** |
| **the dark side** band | **dark side group** |

1  2  3  4  5  6  7  8  9  10     Next

France   |   **97150, St Martin** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms    Consumer Information



Google

darkside hardcore metal band

All Images Videos News More Settings Tools

About 3,150,000 results (0.89 seconds)

**Darkside** NYC is an American **hardcore band** with extreme **metal** and **punk** influences. Formed in 1991 as simply "**Darkside**" by Alan Blake, formerly of Sheer Terror, the **band** released 3 demos and a 7" in the early 90's before disbanding in 1996.

www.discogs.com › artist › 1484074-Darkside-NYC

Darkside NYC | Discography | Discogs

About featured snippets Feedback

www.metal-archives.com › bands › Darkside_NYC

Darkside NYC - Encyclopaedia Metallum: The Metal Archives

Sep 6, 2008 — Genre: Thrash **Metal**/**Hardcore**; Lyrical themes: N/A; Current label: Satan Wears Suspenders. Years active: 1991-1993 (as **Darkside**), ...

www.metal-archives.com › bands › darkside › more

"darkside" - Encyclopaedia Metallum: The Metal Archives

**Darkside** (US) - Progressive **Heavy Metal** from Independence, Missouri, United States; **Darkside** (FR) - Thrash/Death **Metal** from Tours, Centre-Val de Loire, France ...

www.facebook.com › darksidepoland Translate this page

Dark Side - Home | Facebook

Co tu dużo pisać, dzieje się! 🤘 ➡ @darksidegniew **#darkside** #riff #newsong #newriff **#metalband** **#band** **#metal** #melodeath #melodicmetal **#metalcore** ...

www.facebook.com › ... › Public Figure › Musician/Band

DARK SIDE (HARDCORE) - Home | Facebook

Musician/**Band**. Page TransparencySee More. Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the ...

www.mad-tourbooking.de › darkside-nyc

DARKSIDE NYC | M.A.D. Tourbooking

... **bands** ever, **Darkside** NYC took the NYHC sound into darker, more malevolent depths, fusing doses of prehistoric **hardcore-punk** and crushing extreme **Metal** ...

uniteasia.org › metal-band-darkside-release-debut-albu...

Metal Band Darkside Release Debut Album Tackling the 7 ...

Feb 9, 2020 — **Metal Band Darkside** Release Debut **Album** Tackling the 7 Sins [Indonesia] ... VII is the debut **album** by Indonesian **metal band**, **Darkside**, and contains ... REVIEW: Singapore **Hardcore Punk Band** Fuse Drop Debut EP | This ...

open.spotify.com › artist

Darkside NYC on Spotify

... angry and bitter **bands** ever, **Darkside** NYC took the NYHC sound into darker more malevolent depths, fusing doses of prehistoric **hardcore-punk** and crushing ...

www.sputnikmusic.com › bands › Darkside-NYC

Darkside NYC reviews, music, news - sputnikmusic

**Album** reviews, biography and music news for **Darkside** NYC at sputnikmusic. ... **Darkside** NYC. **Metal** · **Hardcore**. **Metal** (1 votes), **Hardcore** (1 votes), Alternative ...

kruelty666.bandcamp.com › track › darkside ▾

## Darkside | KRUELTY

Disgusting music from Tokyo, Japan. New **album** "A Dying Truth" available via Daymare Recordings and Profound Lore Records. New EP "Immortal Nightmare" ...

### Related searches

darkside **nyc - ambitions**
**make way for dread**

1 2 3 4 5 6 7 8 9 10    Next

France | 97150, St Martin - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms    Consumer Information




Google

darkside the band

All | Images | Videos | News | More | Settings | Tools

About 2,610,000 results (0.76 seconds)

en.wikipedia.org › wiki › Darkside_(band)

## Darkside (band) - Wikipedia

**Darkside** (often stylized as **DARKSIDE**) is the collaboration of electronic musician Nicolas Jaar and Brooklyn multi-instrumentalist Dave Harrington.

**Genres:** Electronica, experimental, downtem… **Members:** Nicolas Jaar; Dave Harrington
**Years active:** : 2011-2014; 2018-present; **Labels:** Clown & Sunset, Other People, Ma…

Nicolas Jaar · Dave Harrington · Psychic (album)

fr.wikipedia.org › wiki › Darkside_(... Translate this page

## Darkside (groupe de musique) — Wikipédia

**Darkside** (souvent noté en majuscules **DARKSIDE**) est un groupe de musique électronique formé en 2011 par le musicien Nicolas Jaar et le guitariste ...

### Videos

DARKSIDE - Full Performance (Live on KEXP)
YouTube · KEXP
Dec 4, 2013

Darkside FULL SET - Pitchfork Music Festival Paris
YouTube · Pitchfork
Dec 18, 2013

Darkside (Nicolas Jaar & Dave Harrington) - Heart
YouTube · Filippos Sgouros
Oct 17, 2013

View all

www.darksidetheband.com

## DARKSIDE

**DARKSIDE**; buy white tshirt · buy black tshirt · buy psychic live dvd - 2015 · buy psychic lp - 2013 · buy psychic cd - 2013 · Liberty Bell - 2020 (Matador) ...

twitter.com › darksideusa

## DARKSIDE (@DarksideUSA) | Twitter

The latest Tweets from **DARKSIDE** (@DarksideUSA). **DARKSIDE** is Nicolas Jaar and Dave Harrington. USA.

www.facebook.com › Darksideisaband

## DARKSIDE | Facebook

**DARKSIDE** is on Facebook. Join Facebook to connect with **DARKSIDE** and others you may know. Facebook gives people the power to share and makes the ...

matadorrecords.com › darkside

## Darkside - Matador Records

**DARKSIDE**. **DARKSIDE** is the collaborative duo of guitarist Dave Harrington and electronic producer Nicolas Jaar. The two musicians have vastly different ...

www.stereogum.com › darkside-liberty-bell › music

## Nicolas Jaar & Dave Harrington Reunite As Darkside, Share ...

Dec 21, 2020 — **Darkside**, the duo of dance producer Nicolas Jaar and guitarist Dave Harrington, did not last long. The group released one EP, 2011's self-titled ...

# Darkside

Band

darksidetheband.com

### Available on

YouTube
Spotify
YouTube Music
Deezer

Darkside is the collaboration of e
Nicolas Jaar and Brooklyn multi-
Harrington. Wikipedia

**Origin:** New York, New York, Un
**Members:** Dave Harrington, Nic
**Genre:** Ambient music, Electroni
Experimental music, Dance/Elec
Europe, Hip-Hop/Rap, Thrash
**Record labels:** Clown and Suns
Modular Recordings, Hostess Er

### Songs

Liberty Bell
Liberty Bell · 2020

Golden Arrow
Psychic · 2013

A1
Darkside · 2011

View 25+ more

### Albums

Psychic
2013

Random Access Memorie...
2013

Frag of Mac
2017

### Profiles

www.discogs.com › artist › 81476-The-Darkside ▼

**The Darkside | Discography | Discogs**
The **Darkside** is one of the many projects to emerge from the groundbreaking drone-rockers Spacemen 3. The **band** was led by Pete "Bassman" Bain and they ...

www.season-of-mist.com › bands › darkside ▼

**Darkside (news, biography, albums, line-up, tour dates ...**
**DARKSIDE** goes back to 1991 when the **band**, initially a project, was formed by Peter Böhm (bass) and Robert Grögler (drums). Later joined by Peter Durst ...

Twitter  SoundCl... Yo

People also search for

Amen   Kevin Gates   Dwa W.T

Claim this knowledge panel

See results about

🔍 The Darkside
Rock band

### Related searches

| | |
|---|---|
| darkside **developments** | darkside **psychic** |
| **dave harrington** | darkside **nicolas jaar** |
| **nicolas jaar** | darkside **grandson** |
| darkside **music** band | darkside **gacha life** |

1  2  3  4  5  6  7  8  9  10   Next

France  |  97150, St Martin - Based on your past activity - Use precise location - Learn more

Help   Send feedback   Privacy   Terms   Consumer Information



About 23,700 results (0.71 seconds)

**Did you mean:** *darkside usa*

twitter.com › darksideusa
### DARKSIDE (@DarksideUSA) | Twitter
DARKSIDE is Nicolas Jaar and Dave Harrington. USA. linktr.ee/DARKSIDE_ Joined May 2013.

twitter.com › darksideusa › status
### DARKSIDE on Twitter: "Earlier this year we found a recording ...
Nov 5, 2020 — Copy link to Tweet; Embed Tweet. Replying to @**DarksideUSA**. Meu deus eu amo. 0 replies 0 retweets 0 likes. Reply. Retweet. Retweeted. Like.

www.darksidetheband.com
### DARKSIDE
DARKSIDE; buy white tshirt · buy black tshirt · buy psychic live dvd - 2015 · buy psychic lp - 2013 · buy psychic cd - 2013 · Liberty Bell - 2020 (Matador) ...

en.wikipedia.org › wiki › Darkside_(band)
### Darkside (band) - Wikipedia
Website, www.**darksideusa**.com. Members. Nicolas Jaar · Dave Harrington. Darkside (often stylized as DARKSIDE) is the collaboration of electronic musician Nicolas Jaar ...
History · Darkside EP · Psychic · Discography

soundcloud.com › gesine007 › sets › darksideusa
### DarksideUSA by gesine007 on SoundCloud - Hear the world's sounds
Explore the largest community of artists, bands, podcasters and creators of music & audio.

soundcloud.com › daftside-2
### DARKSIDE's stream - SoundCloud
DARKSIDE is the collaborative duo of Dave Harrington and Nicolas Jaar.
You visited this page on 1/13/21.

www.amazon.com › Darkside-usa
### Darkside (usa) by Mdm Band on Amazon Music - Amazon.com
Check out **Darkside (usa)** by Mdm Band on Amazon Music. Stream ad-free or purchase CD's and MP3s now on Amazon.com.

beggars.fr › ... · Translate this page
### Résultats de recherche pour « Darkside » – Beggars
Résultats de recherche pour 'Darkside'. www. **darksideusa**.com · instagram.com/**darksideUSA** · twitter.com/**DarksideUSA** · facebook.com/**DarksideUSA**.

www.amazon.fr › darkside-usa-scorp... · Translate this page
### darkside usa us Couteau Pliant Scorpion karambit Scorpion ...
Achetez **darkside usa** us Couteau Pliant Scorpion karambit Scorpion Dragon: Amazon.fr ✓ Livraison & retours gratuits possibles (voir conditions)
Rating: 5 · 1 review

www.facebook.com › nimesnewnoman › posts
### Nimes New Noman - Posts | Facebook
... Support Darkside: https://www.facebook.com/**DarksideUSA**/ Support me: ... Support Darkside: https://www.facebook.com/**DarksideUSA**/ Support me: ...

---



## Darkside
Band

🌐 darksidetheband.com

**Available on**
- YouTube
- Spotify
- YouTube Music
- Deezer

Darkside is the collaboration of Nicolas Jaar and Brooklyn multi-Harrington. Wikipedia

**Origin:** New York, New York, Un...
**Members:** Dave Harrington, Nic...
**Genre:** Ambient music, Electroni... Experimental music, Dance/Elec... Europe, Hip-Hop/Rap, Thrash
**Record labels:** Clown and Suns... Modular Recordings, Hostess En...

### Songs
Liberty Bell
Liberty Bell · 2020

Golden Arrow
Psychic · 2013

A1
Darkside · 2011

View 25+ more

### Albums


Psychic 2013 · Random Access Memorie... 2013 · Frag... of Mac... 2017

### Profiles

Related searches

| | |
|---|---|
| **dave harrington** | **darkside soundcloud** |
| **nicolas jaar** | **darkside tour** |
| **darkside psychic bandcamp** | **daftside** |
| **nicolas jaar merch** | **darkside nicolas jaar** |

Twitter   SoundCl…   Yo

People also search for

Amen   Kevin Gates   Dwa W.T

Claim this knowledge panel

1   2   3   4   5   6   7   8   9   10     Next

France   |   Mont-Vernon 1, St Martin - From your device - Use precise location - Learn more

Help   Send feedback   Privacy   Terms   Consumer Information