SKIP NAVIGATION

     

 Home

 Trending

 Subscriptions

 Library

FILTER


26:42

**DARKSIDE - Full Performance (Live on KEXP)**
1M views • 7 years ago
KEXP 
CC


36:14

**DARKSIDE Boiler Room NYC Live Set**
4.9M views • 7 years ago
Boiler Room 


11:21

**DARKSIDE - Golden Arrow**
1.3M views • 7 years ago
DARKSIDE 
CC


10:16

**RA Sessions: DARKSIDE - Paper Trails**
3.5M views • 7 years ago
Resident Advisor 
CC



**Darkside FULL SET - Pitchfork Music Festival Paris**
1.5M views • 7 years ago
Pitchfork 

SKIP NAVIGATION

 YouTube

 Home

 Trending

 Subscriptions

 Library

**Alan Walker - Darkside (Live at VG-Lista 2018)**
40M views • 2 years ago
Alan Walker 🎵

**DARKSIDE - Metatron (Unofficial Music Video)**
603K views • 7 years ago
Fernando Vallejo
CC

**The Darkside - Sweet Vibrations**
4.2K views • 11 months ago
The Arkive

**DARKSIDE** 🎵
13K subscribers • 1 video

**DARKSIDE - "Liberty Bell" (Official Audio)**
48K views • 4 weeks ago
Matador Records

Mix - DARKSIDE Boiler Room NYC

SKIP NAVIGATION

    


Home

  50+

DARKSIDE Boiler Room NYC Live Set • 36:14
Nicolas Jaar Boiler Room NYC DJ Set at Cl... • 46:29


Trending

### DARKSIDE - Freak, Go Home (Maida Vale Session)
721K views • 7 years ago

BBC Radio 1 ✓

CC


Subscriptions


Library

### Darkside - Paper Trails
982K views • 7 years ago

Pedro Correia

CC

## People also watched

### Best Cover "Faded" Alan Walker Top 5 | Blind Audition | The...
34M views • 2 years ago

Best Voice Global

### Alan Walker - Diamond Heart (feat. Sophia Somajo)
213M views • 2 years ago

Alan Walker ♪

SKIP NAVIGATION

☰ ▶YouTube

🎤 🔍 📹 ⋮⋮⋮ 🔔 👤

🏠 Home

🔥 Trending

▶ Subscriptions

▶ Library

854M views • 3 years ago

Alan Walker ♪

CC

⋮

+7 MORE

Pink Floyd - "The Dark Side of The Moon" PULSE Remastered
4.4M views • 10 months ago

HDPinkFloyd

⋮

Alan Walker - Darkside (feat. Au/Ra and Tomine Harket)
536M views • 2 years ago

Alan Walker ♪

⋮

Searches related to **Darkside band**

| darkside psychic live | darkside paper trails live | ra sessions darkside | darkside freak go home |

›

AKADO - DARKSIDE (Official Music Video) 5K
7.6M views • 4 years ago

⋮

SKIP NAVIGATION

     

 Home

Trending

Subscriptions

Library

### The Darkside - Thinkin Of You
37K views • 11 years ago

heuilleman

For you

### Four Tet - Live at Sydney Opera House | Digital Season
182K views • 3 months ago

Sydney Opera House 

### Jon Hopkins - Full Performance (Live on KEXP)
1.4M views • 7 years ago

KEXP

CC

### Solomun Boiler Room Tulum
1.7M views • 3 years ago

777 Earth Sitizen

+3 MORE

Darkside band - YouTube


    


Home


Trending


Subscriptions

Library

25

**Darkside Band**
dystopia

Darkside - Paper Trails • 4:50
Darkside - Heart • 5:01

VIEW FULL PLAYLIST

MGŁA@Mgła-Exercises in Futility V -Darkside-Brutal…
1.1M views • 1 year ago
Drummers From Hell PL

Darkside NYC - Suffer In Silence(1993) FULL EP
18K views • 7 years ago
SUR HARDCORE SANTIAGO
CC