Home | Stream | Library | Search for artists, bands, tracks | Sign in | Create account | Upload

# DARKSIDE

New York, United States

All | Popular tracks | Tracks | Albums | Playlists | Reposts | Station | Follow | Share

## Spotlight

DARKSIDE
Golden Arrow
7 years ago

830K 380

## Recent

DARKSIDE
random access memories memories
7 years ago

| | | |
|---|---|---|
| 1 | 01 daftside – contact | 902K |
| 2 | 02 daftside – within | 501K |
| 3 | 03 daftside – give life back to music | 677K |
| 4 | 04 daftside – get lucky | 980K |
| 5 | 05 daftside – within 2 | 399K |

View 14 tracks

DARKSIDE
14 daftside - instant crush
7 years ago

Followers 113K | Following 1 | Tracks 30

DARKSIDE is the collaborative duo of Dave Harrington and Nicolas Jaar.

- Site
- Facebook
- Twitter
- Songkick
- YouTube
- Bandcamp
- Instagram

Fans also like — Refresh

Dave Harrington 9,622 44 Follow

Weval 40.1K 48 Follow

Touchy 2,807 48 Follow

1 following — View all

OTHER PEOPLE 146K 91 Follow

Go mobile

With your consent, we would like to use cookies and similar technologies to enhance your experience with our service, for analytics, and for advertising purposes. You can learn more about this in our Cookie Policy and our Privacy Policy. You may revoke your consent at any time once logged in, in your account Settings.

Consent



| | 304K | 49 |

**DARKSIDE** — 7 years ago
12 daftside - doin' it right

| | 432K | 174 |

**DARKSIDE** — 7 years ago
11 daftside - lose yourself to dance

| | 397K | 53 |

With your consent, we would like to use cookies and similar technologies to enhance your experience with our service, for analytics, for advertising purposes. You can learn more about this in our Cookie Policy and our Privacy Policy. You may revoke your consent at any time once logged in, in your account Settings.

Consent