

darkside new york

All · Images · Maps · News · Videos · More · Settings · Tools

About 1,700,000 results (0.82 seconds)

## Videos

**DARKSIDE Boiler Room NYC Live Set**
YouTube · Boiler Room
36:14 PREVIEW

**DARKSIDE LIVE in the Boiler Room NYC - video Dailymotion**
Dailymotion · Boiler Room
36:14 PREVIEW

**Boiler Room - Darkside | Boiler Room, NYC: 2013**
Facebook
May 21, 2020
1:03

**Darkside (Nico Jaar & Dave Harrington) @ Boiler Room ...**
YouTube · Cemil Yorulmaz
Sep 19, 2016
1:58:02

View all

boilerroom.tv › recording › darkside
**DARKSIDE - BOILER ROOM**
DARKSIDE. **New York**Oct 1336 min. Nicolas Jaar and Dave Harrington as **DARKSIDE** giving us an ...
Nov 13, 2013 · Uploaded by Boiler Room

soundcloud.com › darkside-live-in-the-boiler- ▼
**DARKSIDE LIVE In The Boiler Room NYC by LX73**
Listen to **DARKSIDE** LIVE In The Boiler Room **NYC** by LX73 on SoundCloud.

www.konbini.com › entertainment-2 · Translate this page
**Darkside en live pour Boiler Room à New-York - Konbini**
Nov 14, 2013 — **Darkside** en live pour Boiler Room à **New-York**. Le duo new-yorkais **Darkside**, composé de Dave Harrington et Nicolas Jaar, s'est installé sur le ...

en.wikipedia.org › wiki › Darkside_(band) ▼
**Darkside (band) - Wikipedia**
Upon returning to **New York**, they continued to write together, developing their sound in their Brooklyn studio. **Darkside** EP[edit]. Their first release as **Darkside**, the ...
**Genres:** Electronica, experimental, downtem…   **Members:** Nicolas Jaar; Dave Harrington
**Years active:** : 2011-2014; 2018-present;   **Labels:** Clown & Sunset, Other People, Ma…
You visited this page on 1/19/21.

fr.wikipedia.org › wiki › Darkside_(... ▼ Translate this page
**Darkside (groupe de musique) — Wikipédia**
Il a demandé à son ami : « Quel est le meilleur musicien que tu connaisses à **New York** ? ». Peu après les trois musiciens ont effectué la tournée de l'album de ...

www.factmag.com › 2013/11/14 › watch-darksides-boi... ▼
**Watch Darkside's Boiler Room performance on a New York ...**
Nov 14, 2013 — ... multi-instrumentalist Dave Harrington performed live under their **Darkside** moniker for a Boiler Room set on a **New York** rooftop last month.

---

## Darkside
Band

### Available on
YouTube
Spotify
YouTube Music
Deezer

Darkside is the collaboration of e… Nicolas Jaar and Brooklyn multi-… Harrington. **Wikipedia**

**Origin:** New York, New York, Un…
**Members:** Dave Harrington, Nic…
**Genre:** Ambient music, Electroni… Experimental music, Dance/Elec… Europe, Hip-Hop/Rap, Thrash
**Record labels:** Clown and Suns… Modular Recordings, Hostess E…

### Songs
Liberty Bell
Liberty Bell · 2020

Golden Arrow
Psychic · 2013

A1
Darkside · 2011

View 25+ more

### Albums

Psychic   Random   Frag
2013      Access   of Ma
          Memorie… 2017
          2013

### Profiles
SoundCl…   Twitter   Yo

www.mixcloud.com › luzocaffe › darkside-live-in-the-...

### DARKSIDE Live in the Boiler Room by luzo caffé | Mixcloud

Nicolas Jaar and Dave Harrington as **DARKSIDE** giving us an amazing performance from an intimate rooftop session in **New York**.

www.discogs.com › artist › 1484074-Darkside-NYC

### Darkside NYC | Discography | Discogs

**Darkside NYC** is an American hardcore band with extreme metal and punk influences. Formed in 1991 as simply "Darkside" by Alan Blake, formerly of Sheer ...

People also search for

- Amen
- Kevin Gates
- Dwa W.T

Claim this knowledge panel

## Related searches

- what is boiler room
- boiler room radio
- boiler room club
- how to dj at boiler room
- boiler room london
- boiler room agency
- boleroom
- boiler room zurich

1  2  3  4  5  6  7  8  9  10    Next

France    |    97150, St Martin - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms    Consumer Information