NEWS

# Darkside Announce New Album *Spiral,* Share New Song "Liberty Bell": Listen

Nicolás Jaar and Dave Harrington's follow-up to 2013's *Psychic* will arrive in spring 2021

By Matthew Ismael Ruiz

December 21, 2020



DARKSIDE's Nicolás Jaar and Dave Harrington, photo by Jed DeMoss

Darkside are back. Nicolás Jaar and Dave Harrington have shared "Liberty Bell," their first new song in years. The duo has also announced it will release a new album, titled *Spiral,* in spring 2021 via Matador. Listen to "Liberty Bell" below.

Nicolás Jaar and Dave Harrington released their debut DARKSIDE EP in 2011, before sharing their first full-length Psychic in 2013. The following year, they announced that the project was "coming to an end, for now," and later played their last show at the Masonic Temple in Brooklyn in September 2014.

According to a press release, Jaar and Harrington began writing new music together in 2018 and finished their new album in December 2019. The record is mixed by Rashad Becker and mastered by Heba Kadry.

Recently, Darkside shared PSYCHIC LIVE JULY 17 2014, a live album capturing a show at Belgium's Dour Festival.



DARKSIDE - "Liberty Bell" (Official Audio)

Case 1:21-cv-00812 Document 1-9 Filed 02/01/21 Page 3 of 4

Darkside FULL SET - Pitchfork Music Festival …

# Read the most important stories in music, first.

Email address

SIGN ME UP!

Will be used in accordance with our User Agreement and Privacy Policy & Cookie Statement

TAGS    NEW RELEASES    AUDIO    DARKSIDE

"