

MATABLOG  INFO
ARTISTS  STORE
DISCOGRAPHY  REVISIONIST HISTORY

 SEARCH    ACCOUNT    CART

## CURRENT ARTISTS

## MATADOR ALUMNI



Algiers

18th Dye
2 Foot Flame
AC Newman
Aereogramme
Antonia Sellbach
Arab Strap
Arsonists
Arsonists/Non Phixion (Skeme Team)
Babylon Dance Band
Bailter Space
Barbara Manning
Bardo Pond
Bardo Pond/Mogwai
Bassholes
Bettie Serveert
The Bionaut
Bits Of Shit
Blair Kelly
Boards of Canada
Brightblack Morning Light
Bullet Lavolta
Bunnybrains
burger/ink
Cat Power
The Cave Singers
Ceremony
Chain Gang
Chavez
Chelsea Light Moving
Chris Knox
Christmas
Cian Nugent
Circle X
The Clean
Coho Lips



Belle and Sebastian





Body/Head



Car Seat Headrest



Courtney Barnett & Kurt Vile



Cold Cave
Come
Condo Fucks
Console
Cornelius
Couch
D-Stroy
David Kilgour
Dead Meadow
Demolition Doll Rods
Dizzee Rascal
The Double
Dustdevils
Dälek
Earles and Jensen Present
Early Man
EMA
Esben and the Witch
The Fall
Fire In The Kitchen
Flipper
Flying Nuns
The For Carnation
Frank Longo
Frogs
Fuck
Fucked Up
The Fucking Champs
God Help The Girl
Graeme Downes
Guided By Voices
Guitar Wolf
H.P. Zinker
Harlem
Helium
HÆLOS
Ill Bill featuring El P
Jad Fair and Yo La Tengo
Jaguar Love
James McNew
Jay Reatard
Jay Reatard / Deerhunter
Jay Reatard / Sonic Youth
Jeffrey Novak
Jega
Jennifer O'Connor

DARKSIDE



Desert Sessions



Gang of Four



Iceage

Jesu
Jimi Tenor
The Jon Spencer Blues Explosion
Jon Spencer with Yo La Tengo / The Llaf
JPS Experience
Julian Plenti
Justine Kurland
Khan
Kurt Vile / Meg Baird
Kustomized
La Peste
Large Professor
Laura Cantrell
Lavender Diamond
Lee Ranaldo
Lesser
Lindsay Shutt
Liquor Giants
Lisa Suckdog
Live Human
Liz Phair
Long Hind Legs
Lou Reed
Love Of Diagrams
Lower
Lower Plenty / Dick Diver
Lynnfield Pioneers
Lyres
M. Ward
Majical Cloudz
Marcellus Hall
Mark Eitzel
Mary Timony
Matador Merch
Matmos
Matmos/DJ Eclipse
MC Paul Barman
Mecca Normal
The Men
Mission Of Burma
The Modernist
Modest Mouse
Mogollon
Mogwai
Moonshake
Mount Florida
Mr. Len



Interpol



Julien Baker



Kim Gordon



Mr. Len
Mr. Len featuring Mr. Live and Q-Unique
Mr. Len featuring Juggaknots
Neko Case
The New Pornographers
Nightmares on Wax
Nightmares On Wax Featuring De La Soul
Non Phixion
OBN IIIs
Outer Spaces
Pastels
Paul Banks
Pell Mell
Peter Hamlin
Pitchblende
Pizzicato Five
Plone
Pole
The Ponys
Portastatic
Preston School of Industry
Pretty Girls Make Graves
Primitive Romance
Prisonshake
Prosaics
Pussy Galore
Quickspace
R.L. Burnside
Railroad Jerk
Rasco/Encore
Red Snapper
Richard Hell
Robert Pollard
Royal Headache
Royal Trux
Run On
Sad Rockets
Schramms
Seachange
Sensational
SF Seals
Shams
Shearwater
Silkworm
Skhool Yard/Zion I



King Krule



Kurt Vile



Lucy Dacus



(Funky Precedent Vol. 2 Single
Sleaford Mods
Sleater-Kinney
Smartboys
Smog
Soft Boys
Solex
Sonic Youth
Sonic Youth / Beck
Soundtrack
Spiral Stairs
Sportsguitar
Stephen Malkmus and Friends
Steve Kille
Superchunk
Susanna Vapnek
Techno Animal
Techno Animal feat. El P and Vast
Techno Animal Vs. dälek
Teenage Fanclub
Thalia Zedek
Thinking Fellers Union Local 282
Thurston Moore
Times New Viking
Tobin Sprout
Toiling Midgets
Tommy Keene
Tony Molina
Toys Went Berserk
TV Casualty
Two Lone Swordsmen
Tyvek
Unrest
Unsane
Unwound
Uzi
Various Artists
Void
White Hassle
The Wisdom of Harry
Wounded Lion

TRUE PANTHER ARTISTS



Mdou Moctar



Muzz



Pavement



Perfume Genius

Abra
Cloud Nothings
Delorean
DJ Spoko
Girls
Glasser
Hunx and His Punx
Hyetal
Janka Nabay & The Bubu Gang
Lemonade
Les Demoniaques
Little Red
London O'Connor
Magic Kids
Morning Benders
Outer Limits Recordings
Rainbow Bridge
Real Estate
Road to Shaanxi
Shlohmo
Silent Diane
Tamaryn
Tanlines
Taragana Pyjarama
Teengirl Fantasy
The Fly Girlz
Tint
Tobias Jesso Jr.
Trash Talk
Ty Segall
Unknown Mortal Orchestra
Wet Illustrated



Queens of the Stone Age



Savages



Snail Mail





Spoon



Stephen Malkmus



Stephen Malkmus & The Jicks





Steve Gunn



Yo La Tengo

| | | |
|---|---|---|
| 134 Grand St.<br>New York, NY 10013 | 17-19 Alma Road<br>London<br>SW18 1AA | Facebook<br>Twitter<br>Instagram<br>Tumblr<br>YouTube<br>Spotify<br>Apple Music<br><br>Join the Mailing List |