

MATABLOG  INFO
ARTISTS  STORE
DISCOGRAPHY  REVISIONIST HISTORY

 SEARCH |  ACCOUNT |  CART

## DARKSIDE

DARKSIDE is the collaborative duo of guitarist Dave Harrington and electronic producer Nicolas Jaar. The two musicians have vastly different backgrounds, but over the course of several years of touring together they found common ground: DARKSIDE. Dave and Nico use each other as mediums, working on primal instinct and summoning a hybrid of electronic music and psychedelic rock with the kind of artistic depth and breadth for which the term "progressive" was coined.

Read More

### MATADOR STORE


**DARKSIDE**
*Psychic*


**DARKSIDE**
*Psychic Live DVD*

### FULL DISCOGRAPHY

| Title | Format | Release Date | Store |
|---|---|---|---|
| Liberty Bell | DA | 12/21/20 | |
| Boiler Room, Daytime Session, New York - Oct 1st, 2013 | DV | 10/27/15 | |
| Psychic Live DVD | DVD | 06/29/15 | BUY |
| Psychic Live | DS | 03/25/14 | |
| Live On KEXP | DV | 12/02/13 | |
| Pitchfork Paris 2013 | DS | 11/12/13 | |
| Psychic | dbl | 10/08/13 | BUY |

### PHOTOS





### ALBUM ARTWORK



### LINKS

Facebook
Twitter
Website

| | LP/CD/DA | |
|---|---|---|
| Golden Arrow | DS | 08/25/13 |

NEWS FROM THE MATABLOG

### Available Today : DARKSIDE - 'Psychic Live' (DVD)
JUNE 30TH, 2015 AT 11:53 AM BY THE MANAGEMENT

### STREAMING: DARKSIDE AT DIMENSIONS FESTIVAL, PRESENTED BY BOILER ROOM - 6:30PM EST
AUGUST 27TH, 2014 AT 6:09 PM BY RIAN

### DARKSIDE ANNOUNCE FINAL SHOW (…FOR NOW), SHARE TWO B-SIDES FROM 'PSYCHIC'
AUGUST 18TH, 2014 AT 9:01 AM BY RIAN

### LOLLAPALOOZA 2014: INTERPOL (TONIGHT) AND DARKSIDE (SUNDAY)
AUGUST 1ST, 2014 AT 11:09 AM BY RIAN

### THIS WEEKEND: PRIMAVERA SOUND 2014
MAY 28TH, 2014 AT 4:25 PM BY RIAN

### Darkside On WBEZ' "Sound Opinions"
MAY 9TH, 2014 AT 1:00 PM BY RIAN

### COACHELLA WEEKEND 2: QOTSA AND DARKSIDE THIS SATURDAY
APRIL 18TH, 2014 AT 3:50 PM BY RIAN

### VIDEO : Darkside - Coachella, 4/12/14, Full Set
APRIL 14TH, 2014 AT 1:17 PM BY RIAN

VIDEOS



**DARKSIDE**
*Golden Arrow*

## TOUR DATES

| January 30, 2021 | Hyères, France | Auditorium du Casino des Palmiers | Tickets |

134 Grand St.
New York, NY 10013

17-19 Alma Road
London
SW18 1AA

Facebook
Twitter
Instagram
Tumblr
YouTube
Spotify
Apple Music

Join the Mailing List