**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SATAN WEARS SUSPENDERS, INC.,

                Plaintiff,

-against-                             21 **CIVIL** 812 (ER)

                                            **JUDGMENT**

NICOLAS JAAR, DAVID HARRINGTON, and
MATADOR RECORDINGS, LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 16, 2022, the Defendants' motion to dismiss Plaintiff's First Amended Complaint in its entirety is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       June 16, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                         **BY:**      *K. Mango*

                                                          **Deputy Clerk**